AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>William Pope<br><br>_____<br>*Defendant* | )<br>)  Case: 1:21-mj-00217<br>)  Assigned to: Judge Faruqui, Zia M<br>)  Assign Date: 2/10/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   William Pope_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment     ☐ Information      ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1512(c)(2)- Obstructing or Impeding Any Official Proceeding
18 U.S.C. 231(a)(3)- Civil Disorder
18 U.S.C. 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:      02/10/2021                                   2021.02.10
                                                        12:49:57 -05'00'
                                                _____
                                                        *Issuing officer's signature*

City and state:        Washington, D.C.                Zia M. Faruqui, U.S. Magistrate Judge
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/12/2021 , and the person was arrested on *(date)* 02/12/2021<br>at *(city and state)*  TOPEKA, KS .<br><br>Date:  2/12/2021                    _____<br>                                       *Arresting officer's signature*<br><br>                                       MARK ENGHOLM, TFO<br>                                       *Printed name and title* |

**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,                           Case No: 21-mj-5017-ADM
                                                    AUSA: Skipper Jacobs
                        Plaintiff,                  Defendant: Jerold Berger

v.

WILLIAM POPE,

                        Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | February 16, 2021 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | Zoom @ 2:25 pm |
| INTERPRETER: | _____ | PROBATION: | Christina Stapp |

## PROCEEDINGS

☐ Initial Appearance      ☐ Initial Revocation Hearing      ☐ Bond Hearing
☐ Detention Hearing      ☒ Initial Rule 5(c)(3) – 21 min.      ☐ Bond Revocation Hearing
☐ Arraignment      ☐ Preliminary Hearing      ☐ Status Conference
☐ Discovery Conference      ☐ Pretrial Conference      ☐ In-Court Hearing

☐ Defendant sworn      ☐ Examined re: financial status      ☒ Counsel retained

☒ Charges and penalties explained to defendant      ☒ Advised of Due Process Protections Act
☒ Constitutional Rights Explained      ☒ Felony      ☐ Misdemeanor
☐ Declines to Waive Indictment      ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment      ☐ Information filed
☐ Advised of Rights Under Rule _____      ☐ Signed Consent to Transfer _____

☐ Waived Reading      ☐ Read to Defendant:      ☐ Indictment      ☐ Information      ☒ Complaint
☐ Number of Counts:      ☐ Guilty      ☐ Not Guilty

☐ Bond Revoked      ☐ Bail Fixed at: $_____
☒ Release Order executed      ☐ Continued on present conditions      ☐ Remanded to Custody

☒ Defendant's next appearance:      Preliminary Hearing on March 1, 2021 at 1:00 PM before Judge Mitchell via Zoom.

OTHER:  Defendant appears via videoconference and with retained counsel. Defendant orally consents to appear via videoconference for this hearing. Defendant waives his right to an identity hearing and production of the warrant. The court releases defendant on conditions of pretrial release with the conditions as stated on the record. Formal Order of Conditions of Release to follow.

4

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00217 |
| | ) | Assigned to: Judge Faruqui, Zia M |
| William Pope, (DOB: XXXXXXXXX) | ) | Assign Date: 2/10/2021 |
| Michael Pope, (DOB: XXXXXXXX) | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

*Code Section*                                              *Offense Description*

18 U.S.C. 1512(c)(2)- Obstructing or Impeding Any Official Proceeding
18 U.S.C. 231(a)(3)- Civil Disorder
18 U.S.C. 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Clay Chase, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____02/10/2021_____            _____
*Judge's signature*

City and state:          Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

5

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No.    21-mj-5017-ADM |
| William Pope | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

6

AO 199B (Rev. 12/11  D/KS 09/19)  Additional Conditions of Release

Page 2 of 4 Pages

# ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(   )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
                     *Custodian*                                                    *Date*

( X )  (7)  The defendant must:
( X )  (a)  submit to supervision by and report for supervision to the  Christina Stapp with Pretrial Services _____ ,
telephone number  785-213-6896 , no later than  February 17, 2021 _____ .
(   )  (b)  continue or actively seek employment.
(   )  (c)  continue or start an education program.
( X )  (d)  surrender any passport to:  Pretrial Services.
( X )  (e)  not obtain a passport or other international travel document.
( X )  (f)  abide by the following restrictions on personal association, residence, or travel:  No travel to DC unless for Court, Pretrial or
consultation with attorney.  No travel outside the District of Kansas without permission from Pretrial Services.
(   )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
including: _____

(   )  (h)  get medical or psychiatric treatment: _____

(   )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
or the following purposes: _____

(   )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer
considers necessary.
( X )  (k)  not possess a firearm, destructive device, or other weapon.
(   )  (l)  not use alcohol (       ) at all (       ) excessively.
(   )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a
medical practitioner.
(   )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used
with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any
form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency
and accuracy of prohibited substance screening or testing.
(   )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office
or supervising officer.
(   )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
(   )  (i)  **Curfew.**  You are restricted to your residence every day (       ) from _____ to _____ , or (       ) as
directed by the pretrial services office or supervising officer; or
(   )  (ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services;
medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or
other activities approved in advance by the pretrial services office or supervising officer; or
(   )  (iii)  **Home Incarceration.**  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities
and court appearances or other activities specifically approved by the court.
(   )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
requirements and instructions provided.
(   )  You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office
or supervising officer.
(   )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel,
including arrests, questioning, or traffic stops.
( X )  (s)  Call supervising Pretrial Services Officer once a week.
( X )  (t)  Continue in education program or seek and maintain full-time employment, or a combination of the two.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( X )  The defendant is ORDERED released after processing.

(    )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    2/16/2021

_____
*Judicial Officer's Signature*

U.S. Magistrate Judge Angel D. Mitchell
*Printed name and title*

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 21-MJ-217-01-02** |
| | : | |
| **WILLIAM POPE, and** | : | |
| **MICHAEL POPE,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 231(a)(3)** |
| **Defendants.** | : | **(Civil Disorder)** |
| | : | **18 U.S.C. §§ 1512€(2),** |
| | : | **(Obstruction of an Official Proceeding)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104€(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104€(2)€** |
| | : | **(Impeding Passage Through the Capitol** |
| | : | **Grounds or Buildings)** |
| | : | **40 U.S.C. § 5104€(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

## LIMITED ENTRY OF APPEARANCE

To:     The Clerk of the Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as limited counsel for the Defendant, William Pope, for the Rule 5 Hearing only.

/s/ Jerold E. Berger
Jerold E. Berger, #01730
Attorney for Defendant
Law Office of Jerold E. Berger
1208 SW Tyler Street

9

Topeka, KS 66612
jeroldeberger@aol.com
TEL:785-232-3540
FAX: 785-235-5502

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 21-MJ-217-01-02** |
| | : | |
| **WILLIAM POPE, and** | : | |
| **MICHAEL POPE,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 231(a)(3)** |
| **Defendants.** | : | **(Civil Disorder)** |
| | : | **18 U.S.C. §§ 1512€(2),** |
| | : | **(Obstruction of an Official Proceeding)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104€(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104€(2)€** |
| | : | **(Impeding Passage Through the Capitol** |
| | : | **Grounds or Buildings)** |
| | : | **40 U.S.C. § 5104€(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

**MOTION FOR LEAVE TO WITHDRAW AS COUSEL**
**FOR DEFENDANT WILLIAM POPE**

**AND NOW**, comes Jerold E. Berger, to file the within Motion for Leave to Withdraw as

Counsel for Defendant, William Pope as follows:

1. Jerold E. Berger, was retained by William Pope for representation in the Rule 5

   Hearing in the above captioned matter.

2. The limited representation in the Rule 5 Hearing has concluded.

3.      Jerold E. Berger has advised the Defendant to seek alternate counsel.

**WHEREFORE**, Jerold E. Berger respectfully request that this Court grant his Motion for Leave to Withdraw as Counsel and grant them leave to withdraw their appearance for the Defendant, William Pope, in this action.

Respectfully Submitted,

/s/ Jerold E. Berger
Jerold E. Berger, #01730
Attorney for Defendant
Law Office of Jerold E. Berger
1208 SW Tyler Street
Topeka, KS 66612
jeroldeberger@aol.com
TEL:785-232-3540
FAX: 785-235-5502

**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,                           Case No: 21-mj-5017-ADM
                                                    AUSA: Skipper Jacobs
            Plaintiff,                    Defendant: Jerold Berger

v.

WILLIAM POPE,

            Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | **March 1, 2021** |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | **Zoom @ 1:01 pm** |
| INTERPRETER: | _____ | PROBATION: | _____ |

## PROCEEDINGS

| | | |
|---|---|---|
| ☐ Initial Appearance | ☐ Initial Revocation Hearing | ☐ Bond Hearing |
| ☐ Detention Hearing | ☐ Initial Rule 5(c)(3) | ☐ Bond Revocation Hearing |
| ☐ Arraignment | ☐ Preliminary Hearing | ☒ Status Conference – 12 min. |
| ☐ Discovery Conference | ☐ Pretrial Conference | ☐ In-Court Hearing |

☐ Defendant sworn        ☐ Examined re: financial status      ☐ Counsel appointed

| | | |
|---|---|---|
| ☐ Charges and penalties explained to defendant | | ☐ Advised of Due Process Protections Act |
| ☐ Constitutional Rights Explained | ☐ Felony | ☐ Misdemeanor |
| ☐ Declines to Waive Indictment | ☐ Will be presented to next Grand Jury | |
| ☐ Signed Waiver of Indictment | ☐ Information filed | |
| ☐ Advised of Rights Under Rule _____ | | ☐ Signed Consent to Transfer _____ |

| | | | | |
|---|---|---|---|---|
| ☐ Waived Reading | ☐ Read to Defendant: | ☐ Indictment | ☐ Information | ☐ Complaint |
| ☐ Number of Counts: | ☐ Guilty | ☐ Not Guilty | | |

| | | |
|---|---|---|
| ☐ Bond Revoked | ☐ Bail Fixed at: $_____ | |
| ☐ Release Order executed | ☒ Continued on present conditions | ☐ Remanded to Custody |

**OTHER:  Defendant appears via videoconference and with counsel. Defendant orally consents to appear via videoconference for this hearing. Defendant's [4] Motion for Leave to Withdraw as Counsel for Defendant William Pope is denied without prejudice to be renewed in accordance with Rule 83.5.5.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA       :
                      :
                      :       Case No. 21-mj-5017
            v.                  :
                      :
WILLIAM POPE                  :

### GOVERNMENT'S MOTION TO RECONSIDER AND VACATE PRELIMINARY HEARING

The United States of America, by and through Skipper Jacobs, Assistant United States Attorney for the District of Kansas, respectfully requests the following: (1) that the Court reconsider its ruling that Mr. Pope remains entitled to a preliminary hearing in the District of Kansas; (2) that the Court vacate the preliminary hearing. The government submits this ruling will conclude proceedings under Rule 5 and complete transfer of this case to the District Court for the District of Columbia. The government requests that the following points and authorities, as well as any other facts, arguments and authorities presented at any hearing on the motion, be considered in the Court's determination regarding the motion.

### Facts and Procedural History

#### A. General

On February 10, 2021, defendant was charged by Criminal Complaint issued by U.S. Magistrate Judge Zia M. Faruqui from the United States District Court for the District of Columbia in *U.S. v. William Pope and Michael Pope*, 21-mj-00217. On the same date, a warrant for the defendant's arrest was issued by the same U.S. Magistrate Judge. On February 12, 2021, the defendant was arrested within this district and appeared for an Initial Rule 5(c)(3) hearing on February 16, 2021. (Doc. 1.) At that hearing, the Court set a Preliminary Hearing for March 1, 2021. (Doc. 1).

1

On February 17, 2021, the defendant was charged by Indictment in United Stated District Court for the District of Columbia in *United States v. William Pope and Michael Pope*, Case Number 21-c-128, with the following counts:  one count of Civil Disorder, in Violation of 18 U.S.C. § 231(a)(3); one count of Obstruction of an official proceeding and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2) and 2; one count of Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); one count of Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); one count of Impeding Ingress and Egress in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(3); one count of Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D); one count of Impeding Passage Through the Capitol Grounds or Buildings, in violation of 40 U.S.C.§ 5104(e)(2)(E); and one count of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C.§ 5104(e)(2)(G).

The indictment issued in the District of Columbia is attached as Exhibit A.

### B. Proceedings in Kansas

On February 26, 2021, counsel for defendant in Kansas filed a Motion to Withdraw.  (Doc. 4).  The parties appeared on March 1, 2021, for the previously scheduled hearing.  (Doc. 5).  Prior to the hearing the government provided the Court and counsel a copy of the Indictment issued in the District of Columbia via email. The government took the position that based on the return of the Indictment issued by the grand jury in the District of Columbia that the premlinary hearing on the Complaint was no longer needed and no further action on this matter was needed in the District of Kansas.  The Court disagreed and found that Mr. Pope remained entitiled to a preliminary hearing.  The Court further held that because the defendant was not in custody, a preliminary

2

hearing was required within 21 days of the first appearance and that should the defendant move to dismiss the complaint the Court would consider that request.

The Court also denied the Motion to Withdraw without prejudice.  (Doc. 5).

*C. Proceedings and Matters in the District of Columbia*

The undersigned understands based on consultation with counsel in the Distric of Columbia the following.   The defendant has been appointed counsel for his criminal case in the District of Columbia, namely Terry Eaton.   An initial appearance on the Indictment has already been scheduled in the District of Columbia for March 5, 2021 at 1:00 PM, whereby the defendant has been directed by counsel to appear by video.  Undersigned has also been informed that counsel for the defendant in the District of Columbia has informed the government that they also believe that Mr. Pope does not have a legal right to a preliminary hearing following the filing of an Indictment. And, Counsel for the defendant in the District of Columbia is also working with the defendant to file a pro se waiver in Kansas.

**Legal Authority and Argument**

The government requests the Court reconsider its ruling that the defendant remains entitled to a preliminary hearing, requests that the preliminary hearing be vacated, and as a result that proceedings in the District of Kansas are therby conducted, thus faciliting the transfer of this matter to the District Court for the District of Columbia.

Federal Rule of Criminal Procedure 5(c)(3)(C) provides that if the defendant is arrested in a district other than the district where the offense was allegedly committed, the magistrate judge must hold a preliminary hearing as directed by  Federal Rule of Criminal Procedure 5.1.  Federal Rule of Criminal Procedure 5.1 provides in relevant part:

(a) In General. If a defendant is charged with an offense other than a petty offense,

a magistrate judge must conduct a preliminary hearing unless:

    (1) the defendant waives the hearing;

    (2) the defendant is indicted;

    …

Here the defendant was indicted in the District of Columbia, as such, pursuant to Rule 5 and 5.1,

the defendant is no longer entitlted to a preliminary hearing.

    The government's conclusion is supported by interpretations and applications of Rule 5.1.

In *United States v. McDowell,* Judge Lungstrum found, "where the defendant is already indicted

no purpose is served by a preliminary hearing," and the defendant "is not entitled" to a preliminary

hearing.  No. 09-20133, 2010 WL 5014445, at *4 (D. Kan. Dec. 3, 2010); *accord United States v.

Gieswein*, No. CIV-11-21-F, 2011 WL 13071652, at *7 (W.D. Okla. July 21, 2011), *aff'd* 495 F.

App'x 944 (10^(th) Cir. 2012) ("[N]o preliminary hearing is required if a defendant is indicted.").

The *McDowell*, opinion cites *Barrett v. United States*, 270 F.2d 772, 776 (8th Cir. 1956) and

*Swingle v. United States*, 389 F.2d 220, 223 (10th Cir. 1968) for the proposition that where the

defendant is indicted no purpose is served by having the preliminary hearing.  *Barrett*, relies on an

earlier opinion in *Barber v. United States*, 142 F.2d 805, 807 (4th Cir. 1944) which held:

    …The only purpose of a preliminary hearing is to determine whether there is

    sufficient evidence against an accused to warrant his being held for action by a

    grand jury; and, after a bill of indictment has been found, there is no occasion for

    such hearing.

*Barrett,* 270 F.2d at 776 (8th Cir. 1959).

The nature of preliminary examinations is explained by *United States v. Kysar*, 459 F.2d 422 (10th Cir. 1972). In *Kysar*, the defendant contended that an earlier dismissal of a Complaint barred his prosecution by Indictment. *Id.* at 423. The *Kysar* Court explained, "[t]he preliminary examination has as its sole function the determination of whether sufficient evidence exists to warrant the defendant's detention." *Id.* However, *Kysar* goes on to say, "the return of an indictment by a grand jury is a conclusive determination of the issue of probable cause." *Id.* at 424. Likewise in *United States v. Stanfield*, 350 F.2d 518 (10th Cir. 1965), the appellant defendant claimed that, prior to receiving counsel, he had waived his right to a preliminary hearing on the advise of a Deputy United States Marshal. *Id.* at 519. While the record of that case appears to not have been fully developed, the *Stanfield* Court ruled:

> Granting that appellant did not have counsel at the time he waived a preliminary hearing and that such waiver was made upon the advice of a deputy marshal, in view of the subsequent indictment and trial to a jury with retained counsel, we can see no possible prejudice to appellant.

Ruling of various other Cirucits have applied the plain language of Rule 5.1 to find that where a defendant is subsequently indicted following arrest, he no longer is entitled to a preliminary hearing. *U.S. v. Verkuilen*, 690 F.2d 648 (7th Cir. 1982) (where information charging defendant with failure to file tax return was filed in district court, defendant had no right to preliminary hearing); *U.S. v. Werbrouck*, 589 F.2d 273 (7th Cir. 1978) (denial of demand for preliminary hearing after indictment was not error where such hearing was unnecessary in that its purpose was to determine probable cause and grand jury had already made such determination); *U.S. v. Daras*, 462 F.2d 1361 (9th Cir. 1972) (indictment established probable cause and made preliminary hearing unnecessary); *U.S. v. Dorsey*, 462 F.2d 361 (3d Cir. 1972) (no preliminary

hearing is necessary where defendant is indicted prior to his arrest); *U.S. v. Lauchli*, 444 F.2d 1037 (7th Cir. 1971) (Failure to hold preliminary hearing was not reversible error where the complaint procedure was superseded by indictment);  *Austin v. U.S.*, 408 F.2d 808. (9th Cir. 1969) (return of an indictment establishes probable cause and eliminates need for preliminary examination); *Grant v. U.S.*, 406 F.2d 1295 (5th Cir. 1969) (subsequent indictment of accused cured any possible error in denial of right to preliminary hearing); *Schultz v. U.S.*, 360 F.2d 616 (5th Cir. 1966) (even if accused waived only removal hearing, his subsequent indictment by federal grand jury would cure any omission of preliminary hearing);  *Vincent v. U.S.,* 337 F.2d 891 (8th Cir. 1964) (regardless of any misunderstanding defendant might have had when he waived preliminary hearing, trial court committed no error prejudicial to the defendant by reason of its subsequent refusal to reopen question of defendant's probable commission of an offense where defendant was indicted by grand jury; *U.S. v. Barone*, 311 F.Supp. 496 (W.D.Pa.1970) (where defendant is indicted by grand jury, any possible error in denial of preliminary hearing is cured); *U.S. v. Brace*, 192 F.Supp. 714 (D.C. Md.1961) (defendant arrested on warrant issued on complaint was properly held to answer in district court without hearing where, after arrest but prior to date set for hearing, indictment was returned for crime charged in complaint).

## CONCLUSION

The facts of the case here are consistant with the ordinary course of events reflected in Rule 5.1 and cases applying it.  The defendant was arrested on a Criminal Complaint on Friday February 12, 2021.  He was seen for an intial appearance on Tuesday Feburary 16, 2021 and a preliminary hearing was set for Monday March 1, 2021.  The day following his initial appearance, Wednesday, February 17, 2021, a grand jury retruned an indictment charging him with the same or substantially similar offenses listed in the Complaint.  Thus, the probable cause determination for which the

6

preliminary hearing is intended, was found and sastisfied by the grand jury in the District of Columbia on Febraury 17, 2021.  As such, the government respectfully requests this Court: (1) reconsider its ruling that Mr. Pope is entitled to a preliminary hearing; (2) vacate the prelimaary hearing in this case; and (3) transfer of the case to the District of Columbia.

Respectfully submitted,

s/Skipper S. Jacobs
Skipper S. Jacobs, #26848
Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Skipper.jacobs@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2021, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to counsel of record.  Based on the current status of the case, it is undersigned's understanding that Jerold Berger remains counsel of record for the defendant.

s/Skipper S. Jacobs
Skipper S. Jacobs, #26848
Assistant United States Attorney

7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA    :
    :
    :    Case No. 21-mj-05017
    v.    :
    :
WILLIAM POPE    :

**ORDER**

Upon consideration of the motion to vate the preliminary hearing,

**ORDERED**, that the Government's Motion is hereby **GRANTED** and the preliminary hearing, which this Court ordered to occur within seven (7) days of March 1, 2021, is hereby VACATED.

_____
Angel D. Mitchell
United States Magistrate Judge
For the District of Columbia

8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-217-01-02 |
| | : | |
| WILLIAM POPE, and | : | VIOLATIONS: |
| MICHAEL POPE, | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |
| Defendants. | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(3) |
| | : | (Impeding Ingress and Egress in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(E) |
| | : | (Impeding Passage Through the Capitol |
| | : | Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **WILLIAM POPE** and

**MICHAEL POPE,** committed and attempted to commit an act to obstruct, impede, and interfere

with a law enforcement officer, lawfully engaged in the lawful performance of his/her official

duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

### COUNT TWO

On or about January 6, 2021, within the District of Columbia and elsewhere, **WILLIAM POPE** and **MICHAEL POPE**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority and committing an act of civil disorder engaging in disorderly and disruptive conduct.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

### COUNT THREE

On or about January 6, 2021, within the District of Columbia, **WILLIAM POPE** and **MICHAEL POPE**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **WILLIAM POPE** and **MICHAEL POPE**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and

2

otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **WILLIAM POPE** and **MICHAEL POPE,** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, obstructed and impeded ingress and egress to and from a restrict building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting.

**(Impeding Ingress and Egress in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(3))

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, **WILLIAM POPE** and **MICHAEL POPE**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

3

## COUNT SEVEN

On or about January 6, 2021, within the District of Columbia, **WILLIAM POPE** and

**MICHAEL POPE**, willfully and knowingly obstructed, and impeded passage through and within,

the United States Capitol Grounds and any of the Capitol Buildings.

(**Impeding Passage Through the Capitol Grounds or Buildings**, in violation of Title 40,
United States Code, Section 5104(e)(2)(E))

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, **WILLIAM POPE** and

**MICHAEL POPE**, willfully and knowingly paraded, demonstrated, and picketed in any United

States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40,
United States Code, Section 5104(e)(2)(G))

A TRUE BILL:


FOREPERSON.

*Michael R. Sherwin*

Attorney of the United States in
and for the District of Columbia.

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 21-MJ-217-01-02** |
| | : | |
| **WILLIAM POPE, and** | : | |
| **MICHAEL POPE,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 231(a)(3)** |
| **Defendants.** | : | **(Civil Disorder)** |
| | : | **18 U.S.C. §§ 1512€(2),** |
| | : | **(Obstruction of an Official Proceeding)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104€(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104€(2)€** |
| | : | **(Impeding Passage Through the Capitol** |
| | : | **Grounds or Buildings)** |
| | : | **40 U.S.C. § 5104€(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

**AMENDED MOTION FOR LEAVE TO WITHDRAW AS COUSEL**
**FOR DEFENDANT WILLIAM POPE**

**AND NOW**, comes Jerold E. Berger, to file the within Motion for Leave to Withdraw as

Counsel for Defendant, William Pope as follows:

1.      Jerold E. Berger, was retained by William Pope for representation in the Rule 5

        Hearing in the above captioned matter.

2.      The limited representation in the Rule 5 Hearing has concluded.

3.       Jerold E. Berger has advised the Defendant to seek alternate counsel.

4.       The Defendant has been appointed alternate counsel, Terry Eaton, of Eaton Law

Firm.


**WHEREFORE**, Jerold E. Berger respectfully request that this Court grant his Motion

for Leave to Withdraw as Counsel and grant them leave to withdraw their appearance for the

Defendant, William Pope, in this action.


Respectfully Submitted,

/s/ Jerold E. Berger
Jerold E. Berger, #01730
Attorney for Defendant
Law Office of Jerold E. Berger
1208 SW Tyler Street
Topeka, KS 66612
jeroldeberger@aol.com
TEL:785-232-3540
FAX: 785-235-5502

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.** |
| : | |
| **v.** : | **MAGISTRATE NO. 21-MJ-217-01-02** |
| : | |
| **WILLIAM POPE, and** : | |
| **MICHAEL POPE,** : | **VIOLATIONS:** |
| : | **18 U.S.C. § 231(a)(3)** |
| **Defendants.** : | **(Civil Disorder)** |
| : | **18 U.S.C. §§ 1512€(2),** |
| : | **(Obstruction of an Official Proceeding)** |
| : | **18 U.S.C. § 1752(a)(1)** |
| : | **(Entering and Remaining in a Restricted** |
| : | **Building or Grounds)** |
| : | **18 U.S.C. § 1752(a)(2)** |
| : | **(Disorderly and Disruptive Conduct in a** |
| : | **Restricted Building or Grounds)** |
| : | **40 U.S.C. § 5104€(2)(D)** |
| : | **(Disorderly Conduct in** |
| : | **a Capitol Building)** |
| : | **40 U.S.C. § 5104€(2)€** |
| : | **(Impeding Passage Through the Capitol** |
| : | **Grounds or Buildings)** |
| : | **40 U.S.C. § 5104€(2)(G)** |
| : | **(Parading, Demonstrating, or Picketing in** |
| : | **a Capitol Building)** |

## RESPONSE TO GOVERNMENT'S MOTION TO RECONSIDER AND VACATE PRELIMINARY HEARING

**COMES NOW**, the Defendant, William Pope, by and through his counsel, Jerold E. Berger, and respectfully requests that the Court find a Preliminary Hearing is not necessary in this case.

1.  The Defendant agrees with the facts and conclusions laid out in the Government's Motion to Reconsider and Vacate Preliminary Hearing.

**WHEREFORE**, the Defendant requests the Court adopt the findings of the Government's Motion to Reconsider and Vacate Preliminary Hearing and transfer this case to the District of Columbia where all the indictments have been issued.

Respectfully Submitted,

/s/ Jerold E. Berger
Jerold E. Berger, #01730
Attorney for Defendant
Law Office of Jerold E. Berger
1208 SW Tyler Street
Topeka, KS 66612
jeroldeberger@aol.com
TEL:785-232-3540
FAX: 785-235-5502

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2021, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to:

Skipper S. Jacobs
Skipper.jacobs@usdoj.gov

Terry Eaton
Terry.@eatonlawfirm.net

/s/ Jerold E. Berger
Jerold E. Berger, #07130
Attorney for Defendant

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:ksd_nef@localhost.localdomain
Bcc:
--Case Participants: Jerold E. Berger (jebergerlaw@gmail.com, jeroldeberger@aol.com),
Skipper Seay Jacobs (angela.bramhall@usdoj.gov, caseview.ecf@usdoj.gov,
skipper.jacobs@usdoj.gov), Magistrate Judge Angel D. Mitchell
(ksd_mitchell_chambers@ksd.uscourts.gov)
--Non Case Participants: US Probation (ksp_cmecf@ksp.uscourts.gov)
--No Notice Sent:

Message-Id:5258829@ksd.uscourts.gov
Subject:Activity in Case 5:21-mj-05017-ADM USA v. Pope Order on Motion for Reconsideration
```
Content–Type: text/html

## U.S. District Court

## DISTRICT OF KANSAS

### Notice of Electronic Filing

The following transaction was entered on 3/5/2021 at 1:18 PM CST and filed on 3/5/2021

| | |
|---|---|
| **Case Name:** | USA v. Pope |
| **Case Number:** | <u>5:21–mj–05017–ADM</u> |
| **Filer:** | |
| **Document Number:** | 11(No document attached) |

**Docket Text:**
 ORDER granting as unopposed Government's [6] MOTION for Reconsideration of Defendant's Right to Preliminary Hearing and to Vacate Preliminary Hearing by USA as to William Pope (1). The Court further orders this case be transferred to the District of Columbia as of this date. Signed by Magistrate Judge Angel D. Mitchell on 3/5/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ht)

**5:21–mj–05017–ADM–1 Notice has been electronically mailed to:**

Jerold E. Berger      jeroldeberger@aol.com, jebergerlaw@gmail.com

Skipper Seay Jacobs      skipper.jacobs@usdoj.gov, CaseView.ECF@usdoj.gov, angela.bramhall@usdoj.gov

**5:21–mj–05017–ADM–1 Notice has been delivered by other means to:**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-217-01-02 |
| | : | |
| WILLIAM POPE, and | : | |
| MICHAEL POPE, | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 231(a)(3) |
| Defendants. | : | (Civil Disorder) |
| | : | 18 U.S.C. §§ 1512€(2), |
| | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104€(2)(D) |
| | : | (Disorderly Conduct in |
| | : | a Capitol Building) |
| | : | 40 U.S.C. § 5104€(2)€ |
| | : | (Impeding Passage Through the Capitol |
| | : | Grounds or Buildings) |
| | : | 40 U.S.C. § 5104€(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

## <u>WAIVER OF PRELIMINARY HEARING</u>

**COMES NOW**, the Defendant, William Pope, by and through his counsel, Jerold E. Berger, and respectfully requests that the Preliminary Hearing in the above referenced case be waived.

1. The Defendant advises the Court that he understands that it is necessary for the government to prove that there is probable cause to believe that a crime has been committed and probable cause to believe that he committed that crime.

31

2.     By signing this document, I am advising the Court that I understand my rights to a

Preliminary Hearing in the above referenced case and request the Court accept my

waiver. I further understand that with this waiver my case will proceed to Trial.

**VERIFICATION**

**STATE OF KANSAS,**                    )
                                        )        **ss:**
**COUNTY OF SHAWNEE.**                  )

I, William Pope, of lawful age, being first duly sworn upon oath states:

That I am the Defendant in the above-entitled action; that I have read the foregoing Waiver,
knows the contents thereof; and that all statements therein made are true.

_____
William Pope, Defendant

**SUBSCRIBED AND SWORN TO** before me this 5th day of March, 2021.

My Appointment Expires:

_____
Notary Public

BREANNA L JONES
My Appointment Expires
October 1, 2022

32

# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CRIMINAL DOCKET FOR CASE #: <u>5:21−mj−05017−ADM</u> All Defendants

Case title: USA v. Pope

Date Filed: 02/16/2021

Other court case number:  21−mj−00217 District of Columbia

Assigned to: Magistrate Judge
Angel D. Mitchell

**Defendant (1)**

| | | |
|---|---|---|
| **William Pope** | represented by | **Jerold E. Berger** |
| | | Jerold E. Berger, Attorney at Law |
| | | 1208 SW Tyler Street |
| | | Topeka, KS 66612 |
| | | 785−232−2727 |
| | | Alternative Phone: |
| | | Cell Phone: |
| | | Email: jeroldeberger@aol.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | *Bar Number: 07130* |
| | | *Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal of arrested defendant to the District of Columbia | |

1

**Plaintiff**

**USA**                                         represented by   **Skipper Seay Jacobs**
                                                                Office of United States Attorney – Topeka
                                                                290 US Courthouse
                                                                444 SE Quincy
                                                                Topeka, KS 66683–3592
                                                                785–295–2850
                                                                Alternative Phone:
                                                                Cell Phone:
                                                                Email: skipper.jacobs@usdoj.gov
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Retained*
                                                                *Bar Number: 26848*
                                                                *Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/16/2021 |  |  | ARREST (Rule 5(c)(3) Out) of William Pope. (mls) (Entered: 02/17/2021) |
| 02/16/2021 | 1 |  | MINUTE ENTRY for INITIAL RULE 5(c)(3) proceedings held 2/16/2021 before Magistrate Judge Angel D. Mitchell as to William Pope. Defendant orally consents to appear via videoconference for this hearing. Preliminary Hearing set for 3/1/2021 at 01:00 PM via Video Conference – Zoom before Magistrate Judge Angel D. Mitchell. (Zoom @ 2:25 pm) (Attachment: # 1 District of Columbia Complaint) (mls) (Entered: 02/17/2021) |
| 02/16/2021 | 2 |  | ORDER SETTING CONDITIONS OF RELEASE as to defendant William Pope. Signed by Magistrate Judge Angel D. Mitchell on 2/16/2021. (mls) (Entered: 02/17/2021) |
| 02/26/2021 | 3 |  | ENTRY OF APPEARANCE: by attorney Jerold E. Berger appearing for William Pope (Berger, Jerold) (Entered: 02/26/2021) |
| 02/26/2021 | 4 |  | MOTION to Withdraw Jerold E. Berger as Attorney by William Pope. (Berger, Jerold) (Entered: 02/26/2021) |
| 03/01/2021 | 5 |  | MINUTE ENTRY for Status Conference proceedings held before Magistrate Judge Angel D. Mitchell as to William Pope on 3/1/2021. The court denies without prejudice Defendant's 4 Motion for Leave to Withdraw as Counsel. (Tape #Zoom at 1:01 pm) (ht) (Entered: 03/01/2021) |
| 03/04/2021 | 6 |  | MOTION for Reconsideration *of Defendant's Right to Preliminary Hearing and to Vacate Preliminary Hearing* by USA as to William Pope. (Attachments: # 1 Exhibit)(Jacobs, Skipper) (Entered: 03/04/2021) |
| 03/04/2021 | 7 |  | ORDER regarding 6 Motion to Reconsider and Vacate Preliminary Hearing by USA as to William Pope (1). The Defendant is ordered to file a Response to government's motion no later Tuesday, March 9, 2021. Signed by Magistrate Judge Angel D. Mitchell on 3/4/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ht) (Entered: 03/04/2021) |

| 03/04/2021 | 8 | | AMENDED MOTION to Withdraw Jerold E. Berger as Attorney by William Pope. (Berger, Jerold) (Entered: 03/04/2021) |
|---|---|---|---|
| 03/05/2021 | 9 | | RESPONSE TO MOTION by William Pope re 6 MOTION for Reconsideration *of Defendant's Right to Preliminary Hearing and to Vacate Preliminary Hearing* (Berger, Jerold) (Entered: 03/05/2021) |
| 03/05/2021 | 10 | | ORDER denying without prejudice to refiling 8 Amended Motion for Leave to Withdraw as Counsel for William Pope (1). See Order for further details. Signed by Magistrate Judge Angel D. Mitchell on 3/5/2021. (ht) (Entered: 03/05/2021) |
| 03/05/2021 | 11 | | ORDER granting as unopposed Government's 6 MOTION for Reconsideration of Defendant's Right to Preliminary Hearing and to Vacate Preliminary Hearing by USA as to William Pope (1). The Court further orders this case be transferred to the District of Columbia as of this date. Signed by Magistrate Judge Angel D. Mitchell on 3/5/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ht) (Entered: 03/05/2021) |
| 03/05/2021 | 12 | | WAIVER OF PRELIMINARY HEARING by William Pope (Berger, Jerold) (Entered: 03/05/2021) |
| 03/05/2021 | | | RULE 5(c)(3) REMOVAL HEARING PAPERS SENT TO USDC for the District of Columbia as to William Pope. (mls) (Entered: 03/05/2021) |